IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD H. KERR | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WILLIAM SAGAN and SAGAN TRUCKING, LLC, d/b/a WLK TRUCKING, INC. | : | NO. 3:21-CV-0459 |

**ORDER**

AND NOW this 13th day of October, 2022, upon consideration of Defendants' Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(2) and (b)(5) and Plaintiff's Brief in Opposition, it is hereby ORDERED and DECREED that the Motion to Dismiss is DENIED in its entirety.

_____
The Honorable Robert D. Mariani